ALBERT GIDARI, JR., *pro hac vice*
(AGidari@perkinscoie.com)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

LISA A. DELEHUNT, Bar No. 228551
(Ldelehunt@perkinscoie.com)
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, CA 94107
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Respondent
GOOGLE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,

Movant,

v.

GOOGLE, INC.,

Respondent.

CASE NO. 5:06-mc-80006-JW

NOTICE OF APPEARANCE OF COUNSEL BY RESPONDENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel has been engaged to represent Respondent Google, Inc. in this action. Copies of all documents and pleadings relating to this litigation should be served on the undersigned counsel.

DATED: January 24, 2006

**PERKINS COIE LLP**

By /s/
Lisa A. Delehunt
Attorney for Respondent
Google, Inc.



Dockets.Justia.com

**PROOF OF SERVICE**

I, Susan E. Daniels, am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107. I am familiar with the business practice of Perkins Coie LLP. On January 24, 2006, I caused to be served the following document(s):

**NOTICE OF APPEARANCE OF COUNSEL BY RESPONDENT**

by placing a true copy(ies) thereof enclosed in a sealed envelope addressed to the following parties:

**Attorney for Alberto R. Gonzales**
Joel McElvain
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7130
Washington, DC 20001
202-514-2988
202-616-8202 (fax)

☒ BY MAIL: I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and was executed in San Francisco, California.

DATED: January 24 2006

/S/
Susan E. Daniels