1  PETER D. KEISLER
   Assistant Attorney General
2  THEODORE HIRT
   Assistant Branch Director
3  JOEL McELVAIN, D.C. Bar No. 448431
   Trial Attorney
4  U.S. Department of Justice
   Civil Division, Federal Programs Branch
5  20 Massachusetts Ave., NW
   Washington, DC 20001
6  Telephone:     (202) 514-2988
   Fax:           (202) 616-8202
7  Email:         Joel.L.McElvain@usdoj.gov

8  Attorneys for Alberto R. Gonzales

9  ALBERT GIDARI, JR., *pro hac vice*
   Perkins Coie LLP
10 1201 Third Avenue, Suite 4800
   Seattle, WA 98101
11 Telephone:    (206) 359-8000
   Fax:          (206) 359-9000
12 Email:        AGidari@perkinscoie.com

13 LISA DELEHUNT, Bar No. 228551
   Perkins Coie LLP
14 180 Townsend Street, Third Floor
   San Francisco, CA 94107
15 Telephone:    (415) 344-7000
   Fax:          (415) 344-7050
16 Email:        LDelehunt@perkinscoie.com

17 Attorneys for Google Inc.

18              IN THE UNITED STATES DISTRICT COURT
19          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      (SAN JOSE DIVISION)
20
21 **ALBERTO R. GONZALES, in his official**     )
   **capacity as ATTORNEY GENERAL OF THE**      )
22 **UNITED STATES,**                            )
                                                 )  Case No. 5:06-mc-80006-JW
23              **Movant,**                      )
                                                 )  **Stipulation Regarding Briefing**
24              v.                               )  **Schedule**
                                                 )
25 **GOOGLE INC.,**                              )  Hearing:    February 27, 2006
                                                 )  Time:       9:00 a.m.
26              **Respondent.**                  )
                                                 )
27
28

IT IS HEREBY STIPULATED AND AGREED between and among the parties hereto, by and through their respective undersigned attorneys, that subject to the approval of the Court the following briefing schedule shall apply to the pending motion to compel compliance with subpoena duces tecum:

Filing of opposition to motion by respondent . . . . . . . . . . February 6, 2006
Filing of reply in support of motion by movant . . . . . . . February 13, 2006

The parties also have stipulated and agreed, subject to the availability of the Court, that this motion should be heard at 9:00 a.m. on Monday, February 27, 2006.

Respectfully submitted,


___/s/_____
JOEL McELVAIN
Attorney for Movant

Dated: January 26, 2006

___/s/_____
LISA DELEHUNT
Attorney for Respondent

Dated: January 26, 2006


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.


___/s/_____
JOEL McELVAIN

_____

*********************************************************************

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.


Dated: _____          _____
                                    Hon. JAMES WARE
                                    United States District Judge

1

## CERTIFICATE OF SERVICE

2

    I hereby certify that I have made service of the foregoing Stipulation Regarding

3

Briefing Schedule depositing in Federal Express at Washington, D.C., on January 26,

4

2006, true, exact copies thereof, enclosed in an envelope with postage thereon prepaid,

5

addressed to:

6

               Albert Gidari, Jr., Esquire
               Perkins Coie, LLP

7

               1201 Third Avenue
               Seattle, Washington 98101-3099

8

               (Counsel for Respondent Google Inc.)

9

               Lisa Delehunt, Esquire
               Perkins Coie, LLP

10

               180 Townsend Street, Third Floor
               San Francisco, CA 94107

11

               (Counsel for Respondent Google Inc.)

12

               Aden J. Fine, Esquire

13

               American Civil Liberties Union Foundation
               125 Broad Street

14

               New York, New York 10004
               (Counsel for Plaintiffs, *ACLU v. Gonzalez*, E.D. Pa. No. 98-cv-5591)

15

16

17

                        _____/s/_____

18

                        JOEL McELVAIN
                        *Attorney*

19

20

21

22

23

24

25

26

27

28