1 PETER D. KEISLER
Assistant Attorney General
2 THEODORE HIRT
Assistant Branch Director
3 JOEL McELVAIN, D.C. Bar No. 448431
Trial Attorney
4 U.S. Department of Justice
Civil Division, Federal Programs Branch
5 20 Massachusetts Ave., NW
Washington, DC 20001
6 Telephone:  (202) 514-2988
Fax:            (202) 616-8202
7 Email:         Joel.L.McElvain@usdoj.gov

8 Attorneys for Alberto R. Gonzales

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| **ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,** | )<br>)<br>) |
| Movant, | ) Case No. 5:06-mc-80006-JW<br>) |
| v. | ) **Notice of Hearing on Motion to**<br>) **Compel Compliance with**<br>) **Subpoena Duces Tecum** |
| **GOOGLE INC.,** | ) |
| Respondent. | ) Hearing: February 27, 2006<br>) Time:      9:00 a.m.<br>) |

PLEASE TAKE NOTICE that the Motion to Compel Compliance with Subpoena Duces Tecum filed on behalf of the movant, Alberto R. Gonzales, acting in his official capacity as the Attorney General of the United States, will be heard at 9:00 a.m. on

1  Monday, February 27, 2006, before the Hon. James Ware, United States District Judge, in
2  Courtroom No. 8, 4th Floor, U.S. Courthouse, 280 South First Street, San Jose,
3  California.

4  Dated: January 26, 2006            Respectfully submitted,

5                                     PETER D. KEISLER
                                      Assistant Attorney General
6
                                      THEODORE HIRT
7                                     Assistant Branch Director

8
                                         /s/
9                                     _____
                                      JOEL McELVAIN
10                                    Trial Attorney
                                      United States Department of Justice
11                                    Civil Division, Federal Programs Branch
                                      20 Massachusetts Ave., NW, Room 7130
12                                    Washington, D.C. 20001
                                      Telephone:   (202) 514-2988
13                                    Fax:         (202) 616-8202
                                      Email:       Joel.L.McElvain@usdoj.gov
14
                                      *Attorneys for the Movant, Alberto R. Gonzales*
15

CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Notice of Hearing on Motion to Compel Compliance with Subpoena by depositing in Federal Express at Washington, D.C., on January 26, 2006, true, exact copies thereof, enclosed in an envelope with postage thereon prepaid, addressed to:

Albert Gidari, Jr., Esquire
Perkins Coie, LLP
1201 Third Avenue
Seattle, Washington 98101-3099
(Counsel for Respondent Google Inc.)

Lisa Delehunt, Esquire
Perkins Coie, LLP
180 Townsend Street, Third Floor
San Francisco, CA 94107
(Counsel for Respondent Google Inc.)

Aden J. Fine, Esquire
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
(Counsel for Plaintiffs, *ACLU v. Gonzalez*, E.D. Pa. No. 98-cv-5591)

    /s/
JOEL McELVAIN
*Attorney*