United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>    Defendant.<br>_____/ | NO. CV 06-8006MISC JW<br><br>**ORDER CONTINUING HEARING ON MOTION TO COMPEL; SETTING BRIEFING SCHEDULE** |

The hearing on Plaintiff's motion to compel noticed for February 27, 2006 is continued to March 13, 2006 at 9:00 a.m. Defendant shall file any opposition to Plaintiff's motion on or before February 17, 2006. Plaintiff's reply in support of its motion shall be filed on or before February 24, 2006. Any briefs by amici curiae are limited to 25 pages, and shall be filed no later than February 24, 2006. Pursuant to Civil Local Rule 5-1 (b), additional chambers copies of all documents must be clearly marked and delivered to the Office of the Clerk.

Dated: February 2, 2006                             /s/ James Ware
06eciv80006ctdhearing                               JAMES WARE
                                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joel McElvain: joel.l.mcelvain@usdoj.gov
Albert Gidari, Jr.: agidari@perkinscoie.com
Lisa Delehunt: ldelehunt@perkinscoie.com

**Dated: February 2, 2006**              **Richard W. Wieking, Clerk**

                                       **By:_/s/ JW Chambers_____**
                                            **Melissa Peralta**
                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California