ALBERT GIDARI, JR., *pro hac vice*
(AGidari@perkinscoie.com)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

LISA A. DELEHUNT, Bar No. 228551
(LDelehunt@perkinscoie.com)
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Respondent
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO R. GONZALEZ, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Movant,<br><br>v.<br><br>GOOGLE INC.,<br><br>Respondent. | CASE NO. 5:06-mc-80006-JW<br><br>DECLARATION OF MARTY LEV |

MARTY LEV states as follows:

1. I am the Director of Safety and Security at Google Inc., and I report directly to the Chief Financial Officer. I have been employed by Google in this capacity since January 5, 2004. I have personal knowledge of the facts set forth below and, if called as a witness about those facts, could testify competently thereto.

DECLARATION OF MARTY LEV
CASE NO. 5:06-MC-80006-JW

[41063-0026/SL060310.054.DOC]

2.  Google employees, contractors, and temporary workers are issued photo identification cards. These photo identification cards grant them certain access to Google's facilities. Additionally, Google's facilities are protected by an access-control system consisting of electronic access readers that grant entry by verifying appropriate privileges of the card holder. While employees are granted 24-hour access to Google's buildings, contractors and temporary employees are generally granted access to the buildings only from 7 a.m. to 7 p.m., Monday through Friday. If service vendors need access during nonbusiness hours, they must use a keybox requiring a Personal Identification Number to gain limited access.

3.  Visitors are required to register at an electronic kiosk and sign a nondisclosure agreement prior to entry into Google premises. Visitors wear distinctive badges without access credentials and must be escorted at all times. Tour guidelines are posted online for employees hosting visitors and specifically address the appropriate release of information to visitors.

4.  Most Google workers do not have access to data rooms or other critical infrastructure. Moreover, rooms such as data centers or other specialized areas have a room owner or owners. The owners approve, by email or in person, a worker's need to access that room.

5   No photography is allowed inside Google premises without accompaniment of a representative from Public Relations.

6.  All wastepaper from Google facilities is shredded and recycled.

7.  Google's facilities maintain video surveillance of entry and exit points, and the video recordings are generally retained at least 30 days.

8.  Security officers are onsite 24 hours a day, seven days a week at Google's facilities in Mountain View, California, Santa Monica, California, and other critical locations. Google's other facilities are monitored by security patrols and alarm response services. In addition, Google operates a security operations center that monitors alarms and is equipped with telephone, email, and fax communications so staff can report suspicious behavior or circumstances. This operations center is staffed 24 hours a day, seven days a week.

- 2 -

DECLARATION OF MARTY LEV
CASE NO. 5:06-MC-80006-JW

[41063-0026/SL060310.0542.DOC]

9. Google's employees are reminded of Google's measures to maintain the physical security of its premises through training at New Hire Orientation sessions and in periodic emails.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED at Mtn View, CA, this 16 day of February, 2006.

_____
MARTY LEV

---

DECLARATION OF MARTY LEV
CASE NO. 5:06-MC-80006-JW

- 3 -

[41063-0026/SL060310.054-1]