# EXHIBIT A

# Craigalog

## 1/23/2006

### Help the Justice Department out via Greasemonkey

Filed under: General — Craig @ 1:26 pm
The Justice Department is after Google search data in order to resucitate an online anti-porn law which died at the hands of the Constitution. Google is resisting. However, it's entirely possible that Google will either lose in court, or change its mind and turn over the data the government is seeking. With that in mind, I've written a Greasmonkey script (Greasemonkey is a Firefox extention which does cool things), which will automatically submit "bonus" google queries every time you visit a regular google page. It will transparently launch searches behind the scenes in Firefox (without bothering the user) to help ensure that the DoJ has some good evidence about online porn searches if and when it ever does get Google's data. (NB. You might not want to run this script at work if your workplace implements porn-monitoring) Right now, the script only has three searches programmed, but it's very easy to add more. Suggestions welcome.

## No Comments »

No comments yet.

RSS feed for comments on this post. TrackBack URI

## Leave a comment

You must be logged in to post a comment.

- License 

    WHERE IS HUGHESCR?

    Portola Valley, Hughes Res

- 
- ## Blogroll

    o Forwarding Address: OS X Migrators to Apple's new operating systems talk about their experiences. Some of them come from Classic MacOS, some from Windows, and some from other Unixen.
    o Esoterica Esoterica - LiveJournal.com
    o Google Search: gumstix Google Search: gumstix
    o Tiki RSS feed for forum: Software
    o Craigalog Craig's musings
    o ranchero.com News and software for smart people. Mostly Mac.
    o Justin Mason's Bookmarks
    o Aunty Spam's Net Patrol Keeping you up to date on spam, security, spyware, and other Internet

- nasties, and the fixes for them.
    - MetaFilter The past 24 hours of MetaFilter
    - Taegan Goddard's Political Wire All the political news, buzz, gossip and polls in one place!
    - The Billboard Liberation Front
    - Mac Geekery - Get your geek on. Mac Geekery is a community site for advanced hacks and tips for the Macintosh platform. Covering a wide range of tips from GUI tricks to low-level hacking, Mac Geekery is where Mac geeks go to get their geek on.
    - SubEthaEdit Developer News New releases and other news
    - Boing Boing Blog The Blog of Wonderful things
    - Gizmodo Gizmodo, the gadget guide. So much in love with shiny new toys, it's unnatural.
    - Schneier on Security A weblog covering security and security technology.
    - Tiki RSS feed for forum: Wiki Discussion
    - ObLinks - Offcuts from Oblomovka A Commonhouse Blog.
    - Mozilla Update::Newest Extensions the way to keep your mozilla software up-to-date
    - Oblomovka Casual Dismissals from Danny O'Brien
    - Weblog Tools Collection Weblog Tools Blogging Tools Blog
    - Netflix Queue DVDs in your Netflix Queue
    - iPhotoToGallery Announcements
    - Tiki RSS feed for forum: Hardware
    - Bill Gurley's Above the Crowd ...focusing on the evolution and economics of high-technology business and strategy.
    - Slashdot News for nerds, stuff that matters
    - Educated Guesswork
    - Karelia Software Useful Tidbits and Egotistical Musings from Dan Wood, creator of Watson
    - IceRocket blog search: gumstix Blog search from IceRocket.com
    - The Register Biting the hand that feeds IT
    - Mac OS X Downloads - Dashboard Mac OS X downloads provided by Apple.
    - Jeremy Zawodny's blog Linux, Perl, MySQL, Open Source, and whatever other random stuff catches my interest...
    - kuro5hin.org technology and culture, from the trenches
    - Exploding Cigar Weird News from Real Sources
    - Eschaton
    - macosxhints Get the most from X!
    - SourceForge.net: SF.net Project News: SpamAssassin SF.net Project News: SpamAssassin (spamassassin project) - SpamAssassin is a mail filter to identify spam using text analysis. Using its rule base, it uses a wide range of heuristic tests on mail headers and body text, to identify "spam", or unsolici
    - F-Secure Antivirus Research Weblog Weblog of F-Secure Antivirus Research Team
    - 43 Folders A bunch of tricks, hacks & other cool stuff. A weblog by Merlin Mann
    - www.dashboardexposed.com links: Newest Links Links from www.dashboardexposed.com
    - Fontleech: The Free Font Blog Leeching the best free fonts on the web.
    - WeirdAssShit.com Your portal to the news of the weird
    - Wired News Technology, and the way we do business, is changing the world we know. Wired News is a technology - and business-oriented news service feeding an intelligent, discerning audience. What role does technology play in the day-to-day living of your life?
    - Latest Weblog Postings
    - McInblog Ryan's sporadic musings.
    - Happy Software Prole news and views, via or by Justin Mason
    - Uncrate
    - Tiki RSS feed for forum: Revision Notifications
- Categories:

- General
- Spam
- Life
    - Remodel
- Politics
- Tech/Geek
- Sysadmin
- Coding
- Apple
- Project Steamroller

- Search:

  Search

- Archives:
    - January 2006
    - December 2005
    - November 2005
    - October 2005
    - September 2005
    - August 2005
    - July 2005
    - June 2005
    - May 2005
    - April 2005
    - March 2005
    - February 2005
    - January 2005
    - December 2004
    - October 2004
    - July 2004
    - April 2004
    - March 2004
    - February 2004
    - January 2004
    - December 2003
    - November 2003
    - October 2003
    - September 2003
    - August 2003
    - July 2003
    - June 2003
    - May 2003
    - April 2003
    - March 2003
    - February 2003
    - January 2003

    January 2006

- M T W T F S S

|  |  |  |  | 1 |  |  |
|---|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

- « Dec
- Meta:
    - 
    - Register
    - Login
    - RSS
    - Comments RSS
    - Valid XHTML
    - XFN
    - WP
    - GeoURL
    - Wishlist

*Powered by* **WordPress**