# EXHIBIT B

# John Battelle's Searchblog
Thoughts on the intersection of search, media, technology, and more.

 



Search This Blog

Search...

[Search in...] [Go]

**Recent Comment Spotlight**

**The Fonz** writes: Jumping the shark was my finest moment. [go]

**Recent Comments**

Courtney Gidts: "I've managed to save up roughly $10212 i ..." [go]
**Dimitar Vesselinov**: "1. May I be an assistant to your assista ..." [go]
**Andrew S**: "Adblock's (regular or plus) problems are ..." [go]
loki: "Here is a quick tutorial on how to bypas ..." [go]
**Andrew S**: "Google will have a digitized version of ..." [go]
**Zack W. Handley**: "@Bill, Past is Prologue. John is a Ve ..." [go]
**steven e. streight aka vaspers the grate, blog revolutionist**: "I agree with Kiam. China is not our enem ..." [go]
**steven e. streight aka vaspers the grate, blog revolutionist**: "You could do worse than hire Vaspers the ..." [go]
Bill Humphries: "@Zack: John said: "Until the person le ..." [go]
Dan: "Google is testing click to call, but whi ..." [go]
James Omdahl: "When you get

« Crawl Me, But Don't Own My Stuff | Main | Trifecta »

December 12, 2005 09:42 PM

## Alexa (Make that Amazon) Looks to Change the Game



(Update: Alexa platform is now live)

Every so often an idea comes along that has the potential to change the game. When it does, you find yourself saying - "Sheesh, of course that was going to happen. Why didn't I predict it?" Well, I didn't predict this happening, but here it is, happening anyway.

In short, Alexa, an Amazon-owned search company started by Bruce Gilliat and Brewster Kahle (and the spider that fuels the Internet Archive), is going to offer its index up to anyone who wants it. Alexa has about 5 billion documents in its index - about 100 terabytes of data. It's best known for its toolbar-based traffic and site stats, which are much debated and, regardless, much used across the web.

OK, step back, and think about that. Anyone can use Alexa's index, to build anything. But wait, there's more. Much more.

Anyone can also use Alexa's servers and processing power to mine its index to discover things - perhaps, to outsource the crawl needed to create a vertical search engine, for example. Or maybe to build new kinds of search engines entirely, or ...well, whatever creative folks can dream up. And then, anyone can run that new service on Alexa's (er...Amazon's) platform, should they wish.

It's all done via web services. It's all integrated with Amazon's fabled web services platform. And there's no licensing fees. Just "consumption fees" which, at my first glance, seem pretty reasonable. ("Consumption" meaning consuming processor cycles, or storage, or bandwidth).

The fees? One dollar per CPU hour consumed. $1 per gig of storage used. $1 per 50 gigs of data processed. $1 per gig of data uploaded (if you are putting your new service up on their platform).

In other words, Alexa and Amazon are turning the index inside out, and offering it as a web service that anyone can mashup to their hearts content. Entrepreneurs can use Alexa's crawl, Alexa's processors, Alexa's

a chance, I would love to h ..." [**go**]

**Nir Ben-Dor**: "Measure map integration is perhaps one o ..." [**go**]

**Search Engines Web**: "Why cant Google Analytics be improved s ..." [**go**]

Brian Mingus: "Accompanied by a Microsoft advertisement ..." [**go**]

**Vijaychandran**: "Yes John you said it right.Companies are ..." [**go**]

**John Battelle**: "Well, sometimes you just have a hunch. I ..." [**go**]



PERFECT FOR THAT
PERSON WITH
EVERYTHING
Order 'The Search'





Yup, it makes the perfect gift for that officemate or colleague who you thought had everything....including you! If you **order here**, I promise to sign it, assuming we can figure out the shipping...

Check my book page **for more info**.

Blogger's Rights

server farm....the whole nine yards.

Does this change the game? Because I was embargoed and could not really talk to anyone about this, I have not had a chance to talk to folks who are smarter than me about this. So my analysis is limited to my imagination. And that itself is limited by the pricing structure - I do not know if using this service will be cheaper for developers and entrepreneurs than rolling their own. But I can only imagine that indeed it is, or Amazon would not be doing this.

So what has been a jealously guarded secret - the contents of the entire index - is now available to anyone who wants it (of course, this assumes Alexa's index is comparable to the big guys - honestly, I have no idea). The costs are modest - a few thousand bucks to process the entire web, Gilliat told me. How might that change the game? You guys are smarter than me - what do you think?

I am quite sure this means that Yahoo and Google will have to stare hard at their own (somewhat limited) search services and APIs, and think what they might do to compete, that much is certain. And if this starts to gain traction, all of a sudden, Amazon is a major search player, right next to Yahoo, Google, MSN, and IAC. A9+Alexa+web services= *hmmmm*....

Again, what do you think? Will this be like A9, a groundbreaking development that fails to get traction with a wider audience? Or might this just start something?

Wired News (not up yet) and the WSJ (free link) were also briefed on this news.

Search Related Info

Posted by John Battelle on December 12, 2005 09:42 PM

TrackBack URL: http://battellemedia.com/cgi-bin/mt/mt-tb.cgi/2025

Sponsored Links

**Visit The US Condo Exchange**
The Definitive Marketplace for Condos (tm) -- The Future of Search, Comparison, Buying and Selling Condos!

**Want to Sponsor Searchblog? Click Here.**

## TrackBack

Listed below are links to weblogs that reference Alexa (Make that Amazon) Looks to Change the Game:

» An end to the search oligopoly? from Tech
Happy Christmas Google, Yahoo! and MSN - Alexa (Amazon) are opening up search to those who don't have billions to spend on infrastructure.