ADEN J. FINE (SB # 186728)
CHRISTOPHER A. HANSEN
BEN WIZNER
CATHERINE CRUMP
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004-2400
Telephone: (212) 549-2500
Facsimile: (212) 549-2651
affine@aclu.org

CHRISTOPHER R. HARRIS
885 Third Avenue, Suite 1000
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>                  Movant,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>                  Respondent. | Case No. 06-mc-80006-JW<br><br>**NOTICE OF APPEARANCE** |
| AMERICAN CIVIL LIBERTIES UNION, et al.<br><br>                  Plaintiffs,<br><br>  v.<br><br>ALBERTO R. GONZALES, in his official | E.D. Pa. Case No. 98-CV-5591 |

capacity as ATTORNEY GENERAL OF THE
UNITED STATES

                            Defendant.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs American Civil Liberties Union, American

Booksellers Foundation for Free Expression, Addazi, Inc. d/b/a Condomania, Heather Corinna

Rearick, Electronic Frontier Foundation, Electronic Privacy Information Center, Free Speech

Media, Nerve.com, Inc., Aaron Peckham d/b/a Urban Dictionary, Philadelphia Gay News,

Powell's Bookstores, Salon Media Group, Inc, and Sexual Health Network ("Plaintiffs") request

that copies of all documents and pleadings relating to the government's motion to compel

Google to comply with a subpoena issued in connection with Plaintiffs' lawsuit against the

government that is currently pending in the Eastern District of Pennsylvania, *ACLU, et al. v.*

*Gonzales*, Case No. 98-CV-5591 (E.D. Pa.), be served on the undersigned counsel for Plaintiffs.

Dated:   February 17, 2006          By: /s/  Aden Fine
                                         Aden J. Fine
                                         American Civil Liberties Union
                                         125 Broad Street, 18th Floor
                                         New York, New York 10004
                                         Tel.:  (212) 549-2606
                                         Fax:  (212) 549-2651

                                         *Counsel to Plaintiffs*