1  PETER D. KEISLER
   Assistant Attorney General
2  THEODORE HIRT
   Assistant Branch Director
3  JOEL McELVAIN, D.C. Bar No. 448431
   Trial Attorney
4  U.S. Department of Justice
   Civil Division, Federal Programs Branch
5  20 Massachusetts Ave., NW
   Washington, DC 20001
6  Telephone:   (202) 514-2988
   Fax:         (202) 616-8202
7  Email:       Joel.L.McElvain@usdoj.gov

8  Attorneys for Alberto R. Gonzales

9  ALBERT GIDARI, JR., *pro hac vice*
   Perkins Coie LLP
10 1201 Third Avenue, Suite 4800
   Seattle, WA 98101
11 Telephone:   (206) 359-8000
   Fax:         (206) 359-9000
12 Email:       AGidari@perkinscoie.com

13 LISA DELEHUNT, Bar No. 228551
   Perkins Coie LLP
14 180 Townsend Street, Third Floor
   San Francisco, CA 94107
15 Telephone:   (415) 344-7000
   Fax:         (415) 344-7050
16 Email:       LDelehunt@perkinscoie.com

17 Attorneys for Google Inc.

                    IN THE UNITED STATES DISTRICT COURT
19              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           (SAN JOSE DIVISION)
20

21 **ALBERTO R. GONZALES, in his official** )
   **capacity as ATTORNEY GENERAL OF THE** )
   **UNITED STATES,**                       )
22                                           )
                                             ) Case No. 5:06-mc-80006-JW
23           **Movant,**                     )
                                             ) **Stipulation Regarding the**
24           v.                              ) **Length of the Movant's Reply**
                                             ) **Brief**
25 **GOOGLE INC.,**                          )
                                             ) Hearing:   March 13, 2006
26           **Respondent.**                 ) Time:      9:00 a.m.
                                             )
27

28

*Gonzales v. Google Inc.*
No. 5:6-mc-80006-JW
Stipulation re Briefing

1  IT IS HEREBY STIPULATED AND AGREED between and among the parties hereto, by and through their respective undersigned attorneys, that the Movant, Alberto R. Gonzales, may file, in support of his motion to compel, a reply brief of a length not to exceed 21 pages.

Counsel for the Respondent, Google Inc., respectfully states that she has no objection to the filing of a reply brief of this length. Counsel for the Movant respectfully informs the Court that there is good cause for this stipulation, as the Movant is required to reply both to the Respondent's brief, which is 21 pages in length, and to a brief that is 11 pages in length that was filed in this action by the plaintiffs in *ACLU, et al. v. Gonzales*, Civ. Action No. 98-5591 (E.D. Pa.).

Respectfully submitted,

\_\_\_/s/_____           \_\_\_/s/_____
JOEL McELVAIN                         LISA DELEHUNT
Attorney for Movant                   Attorney for Respondent

Dated: February 24, 2006              Dated: February 24, 2006

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

\_\_\_/s/_____
JOEL McELVAIN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____          _____
                                      Hon. JAMES WARE
                                      United States District Judge

1 | CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Stipulation Regarding Briefing Schedule depositing in Federal Express at Washington, D.C., on February 24, 2006, true, exact copies thereof, enclosed in an envelope with postage thereon prepaid, addressed to:

    Albert Gidari, Jr., Esquire
    Perkins Coie, LLP
    1201 Third Avenue
    Seattle, Washington 98101-3099
    (Counsel for Respondent Google Inc.)

    Lisa Delehunt, Esquire
    Perkins Coie, LLP
    180 Townsend Street, Third Floor
    San Francisco, CA 94107
    (Counsel for Respondent Google Inc.)

    Aden J. Fine, Esquire
    American Civil Liberties Union Foundation
    125 Broad Street
    New York, New York 10004
    (Counsel for Plaintiffs, *ACLU v. Gonzalez*, E.D. Pa. No. 98-cv-5591)

                  /s/
                  JOEL McELVAIN
                  *Attorney*