1  Jennifer Stisa Granick, California Bar No. 168423
   Lauren A. Gelman, California State Bar No. 228734
2  STANFORD LAW SCHOOL CENTER FOR
       INTERNET AND SOCIETY
3  Cyberlaw Clinic
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone:  (650) 724-0019
5  Facsimile:   (650) 723-4426

6

   Attorneys for *Amici Curiae*
7  Law Professors

8

9        UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

12  ALBERTO R. GONZALES, in his official          Case No. 5-06-mc-80006-JW
    capacity as ATTORNEY GENERAL OF
13  THE UNITED STATES,                            **APPLICATION OF LAW PROFESSORS FOR
                                                  LEAVE TO FILE**
14                              Movant,           *AMICUS CURIAE* **BRIEF**

15       v.                                       Hearing Date: Not Applicable
                                                  Time:          Not Applicable
16  GOOGLE, INC.,                                 Courtroom:    8, 4th Floor

17                              Respondent.

18

19       Applicant Professors of Law Andrea M. Matwyshyn (University of Florida Law School), [1]

20  Deirdre Mulligan (University of California at Berkeley Boalt Hall School of Law), Susan Freiwald

21  (University of San Francisco Law School), and Patricia L. Bellia (Notre Dame Law School)

22  respectfully request an order granting leave to file the accompanying brief as *amici curiae*.

23       Individual *amici* are full-time legal academics who research, teach and write in the areas of

24  internet, privacy and electronic surveillance law. *Amici* ask leave to submit their *amicus curiae* brief in

25  order to alert this Court that Google's Electronic Communication's Privacy Act ("ECPA") defense

26  raises an important question of first impression. ECPA is an exceedingly complicated statute with

27

28  [1] Amici file this brief in their individual capacities, and not as representatives of the institutions with
    which they are affiliated.

                                                  1
    APPLICATION OF LAW PROFESSORS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Dockets.Justia.com

1    multiple parts that could potentially apply to the variety of products and services Google offers.

2    Whether ECPA applies to search queries and/or internet addresses (known as uniform resource locators

3    or "URLs") in a situation like this has never been addressed by any court. Amici do not take a position

4    on this question here. Instead, amici ask that if the Court decides to rule on this novel question of law, it

5    allow additional time so that *amici* and others can seek to submit briefs fully exploring the applicability

6    of this complicated statute and related policy concerns.

7                                        **CONCLUSION**

8           This application for leave to file an *amici curiae* brief should be granted.

9    Dated: February 24, 2006                        Respectfully submitted,

10                                                   CENTER FOR INTERNET AND SOCIETY
                                                     CYBERLAW CLINIC

11

12

                                                     by /s/ Lauren A. Gelman
13                                                        Lauren A. Gelman

14

15

                                                     by /s/ Jennifer Granick
16                                                       Jennifer Stisa Granick

17                                                   Attorneys for *Amici Curiae* Law Professors

18

19

20

21

22

23

24

25

26

27

28

APPLICATION OF LAW PROFESSORS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF