1

2

3

4

5        UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                                        SAN JOSE DIVISION

7

8    ALBERTO R. GONZALES, in his official          Case No. 5-06-mc-80006-JW
     capacity as ATTORNEY GENERAL OF THE
9    UNITED STATES,
                                                   **[PROPOSED] ORDER GRANTING
10                              Movant,            LAW PROFESSORS' APPLICATION
                                                   FOR LEAVE TO FILE *AMICUS
11           v.                                    CURIAE* BRIEF**

12   GOOGLE, INC.,
                                                   Hearing Date:
13                              Respondent.        Time:
                                                   Courtroom:
14

15

16          The application of law professors Andrea M. Matwyshyn, Deirdre Mulligan, Susan Freiwald,

17   and Patricia L. Bellia for leave to file a memorandum as *amici curiae* is granted.

18   Dated:

19

20                                                 _____
                                                   JUDGE OF THE DISTRICT COURT
21

22

23

24

25

26

27

28

                                                    1
     ─────────────────────────────────────────────────────────────────────
                  [PROPOSED] ORDER GRANTING LAW PROFESSORS' APPLICATION FOR LEAVE TO FILE
                                         *AMICUS CURIAE* BRIEF