1 | PETER D. KEISLER
Assistant Attorney General
2 | THEODORE HIRT
Assistant Branch Director
3 | JOEL McELVAIN, D.C. Bar No. 448431
Trial Attorney
4 | U.S. Department of Justice
Civil Division, Federal Programs Branch
5 | 20 Massachusetts Ave., NW
Washington, DC 20001
6 | Telephone: (202) 514-2988
Fax: (202) 616-8202
7 | Email: Joel.L.McElvain@usdoj.gov

8 | Attorneys for Alberto R. Gonzales

9 | ALBERT GIDARI, JR., *pro hac vice*
Perkins Coie LLP
10 | 1201 Third Avenue, Suite 4800
Seattle, WA 98101
11 | Telephone: (206) 359-8000
Fax: (206) 359-9000
12 | Email: AGidari@perkinscoie.com

13 | LISA DELEHUNT, Bar No. 228551
Perkins Coie LLP
14 | 180 Townsend Street, Third Floor
San Francisco, CA 94107
15 | Telephone: (415) 344-7000
Fax: (415) 344-7050
16 | Email: LDelehunt@perkinscoie.com

17 | Attorneys for Google Inc.

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| **ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,** | )<br>)<br>) |
| Movant, | ) Case No. 5:06-mc-80006-JW |
| v. | ) **Stipulation Regarding the Length of the Movant's Reply Brief** |
| **GOOGLE INC.,** | ) |
| Respondent. | ) Hearing: March 13, 2006<br>) Time: 9:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED between and among the parties hereto, by and through their respective undersigned attorneys, that the Movant, Alberto R. Gonzales, may file, in support of his motion to compel, a reply brief of a length not to exceed 21 pages.

Counsel for the Respondent, Google Inc., respectfully states that she has no objection to the filing of a reply brief of this length.  Counsel for the Movant respectfully informs the Court that there is good cause for this stipulation, as the Movant is required to reply both to the Respondent's brief, which is 21 pages in length, and to a brief that is 11 pages in length that was filed in this action by the plaintiffs in *ACLU, et al. v. Gonzales*, Civ. Action No. 98-5591 (E.D. Pa.).

Respectfully submitted,

/s/
JOEL McELVAIN
Attorney for Movant

/s/
LISA DELEHUNT
Attorney for Respondent

Dated: February 24, 2006

Dated: February 24, 2006

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/
JOEL McELVAIN

****************************************************************************

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 27, 2006

Hon. JAMES WARE
United States District Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have made service of the foregoing Stipulation Regarding Briefing Schedule depositing in Federal Express at Washington, D.C., on February 24, 2006, true, exact copies thereof, enclosed in an envelope with postage thereon prepaid, addressed to:

> Albert Gidari, Jr., Esquire
> Perkins Coie, LLP
> 1201 Third Avenue
> Seattle, Washington 98101-3099
> (Counsel for Respondent Google Inc.)
>
> Lisa Delehunt, Esquire
> Perkins Coie, LLP
> 180 Townsend Street, Third Floor
> San Francisco, CA 94107
> (Counsel for Respondent Google Inc.)
>
> Aden J. Fine, Esquire
> American Civil Liberties Union Foundation
> 125 Broad Street
> New York, New York 10004
> (Counsel for Plaintiffs, *ACLU v. Gonzalez*, E.D. Pa. No. 98-cv-5591)

\_\_\_\_/s/_____
JOEL McELVAIN
*Attorney*