CHAMBERS COPY
DO NOT FILE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>                 Movant,<br>v.<br>GOOGLE, INC.,<br><br>                 Respondent. | Case No. 5-06-mc-80006-JW<br><br>[PROPOSED] ORDER GRANTING LAW PROFESSORS' APPLICATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF<br><br>Hearing Date:<br>Time:<br>Courtroom: |

The application of law professors Andrea M. Matwyshyn, Deirdre Mulligan, Susan Freiwald, Peter Swire, Patricia L. Bellia, and Paul Ohm for leave to file a memorandum as *amici curiae* is granted.

Dated: 2-28-06

*James Ware*

JUDGE OF THE DISTRICT COURT

---

1

[PROPOSED] ORDER GRANTING LAW PROFESSORS' APPLICATION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF