United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE, INC.,<br><br>        Defendant. | NO. CV 06-8006MISC JW<br><br>**ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION TO COMPEL** |

In light of the issues involved in Plaintiff's Motion to Compel, the Court vacates the hearing currently scheduled for Monday, March 13, 2006 at 9:00 a.m., and specially sets a hearing on the Motion for Tuesday, March 14, 2006 at 9:00 a.m.

Dated: March 3, 2006
06eciv80006resched

/s/ James Ware
JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Joel McElvain: joel.l.mcelvain@usdoj.gov
Albert Gidari, Jr.: agidari@perkinscoie.com
3  Lisa Delehunt: ldelehunt@perkinscoie.com

**Dated: March 3, 2006**                                    **Richard W. Wieking, Clerk**

                                           **By:_/s/ JW Chambers_____**
                                               **Melissa Peralta**
                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California