UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>                Movant,<br>  v.<br>GOOGLE, INC.,<br><br>                Respondent. | Case No. 5-06-mc-80006-JW<br><br>**[PROPOSED] AMENDED ORDER GRANTING LAW PROFESSORS' APPLICATION FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF**<br><br>Hearing Date: March 14, 2006<br>Time:         9:00 a. m.<br>Courtroom:   8<br>Judge        Honorable James Ware |

The application of law professors Andrea M. Matwyshyn, Deirdre Mulligan, Susan Freiwald, and Patricia L. Bellia for leave to file a brief as *amici curiae* is granted.

Dated:

_____
JUDGE OF THE DISTRICT COURT

---

1
[PROPOSED] AMENDED ORDER GRANTING LAW PROFESSORS' APPLICATION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF
Case No. 5-06-mc-80006-JW