PETER D. KEISLER
Assistant Attorney General
THEODORE HIRT
Assistant Branch Director
JOEL McELVAIN, D.C. Bar No. 448431
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
Telephone:   (202) 514-2988
Fax:         (202) 616-8202
Email:       Joel.L.McElvain@usdoj.gov

Attorneys for Alberto R. Gonzales

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

**ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,**

**Movant,**

v.

**GOOGLE INC.,**

**Respondent.**

Case No. 5:06-mc-80006-JW

**Movant's Statement in Response to Application for Leave to File** *Amicus Curiae* **Brief**

Hearing:   March 14, 2006
Time:      9:00 a.m.

The movant, Alberto R. Gonzales, in his official capacity as Attorney General of the United States, respectfully submits this statement of his position in response to the application of Andrea M. Matwyshyn, *et al.*, for leave to file an *amicus curiae* brief. (Doc. 19.) That application was filed on the same date as was the movant's reply brief, and so movant has not previously had the opportunity to respond to it. The movant does not oppose the granting of the application.

The *amici* also request this Court to permit further briefing. The movant respectfully opposes that suggestion, for three reasons. First, as *amici* acknowledge, the Court need not reach the issue concerning the Electronic Communications Privacy Act (ECPA) for which they seek further briefing. The movant respectfully refers the Court to

his prior argument concerning Google's waiver of this issue. (Reply Br. at 17.) Second, the subpoena does not violate the ECPA; the movant respectfully refers the Court to his prior arguments on this score. (Reply Br. at 17-21.) Third, delay in this Court's resolution of the motion to compel would be unwarranted. The United States District Court for the Eastern District of Pennsylvania has entered a case management order with respect to the underlying litigation that calls for the submission of expert reports by May 3, 2006, and the commencement of trial on October 23, 2006. In order to accommodate this case management schedule, the defendant has respectfully requested this Court to expedite its decision on the motion to compel, and to order Google to comply within 21 days of its order. (*See* Reply Br. at 21.)

Dated: March 9, 2006  Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THEODORE HIRT
Assistant Branch Director


   /s/
JOEL McELVAIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7130
Washington, D.C. 20001
Telephone:   (202) 514-2988
Fax:         (202) 616-8202
Email:       Joel.L.McElvain@usdoj.gov

*Attorneys for the Movant, Alberto R. Gonzales*

1 <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have made service of the foregoing Movant's Statement in Response to Application for Leave to File *Amicus Curiae* Brief by depositing in Federal Express at Washington, D.C., on March 9, 2006, true, exact copies thereof, enclosed in an envelope with postage thereon prepaid, addressed to:

Albert Gidari, Jr., Esquire
Perkins Coie, LLP
1201 Third Avenue
Seattle, WA 98101-3099
(Counsel for Respondent Google Inc.)

Lisa Delehunt Olle, Esquire
Perkins Coie, LLP
180 Townsend Street, Third Floor
San Francisco, CA 94107
(Counsel for Respondent Google Inc.)

Aden J. Fine, Esquire
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(Counsel for Plaintiffs, *ACLU v. Gonzalez*, E.D. Pa. No. 98-cv-5591)

Jennifer Stisa Granick, Esquire
Center for Internet & Society
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
(Counsel for *Amici*)

Richard Roy Wiebe, Esquire
425 California Street
San Francisco, CA 94104
(Counsel for *Amicus*)

\_\_/s/_____
JOEL McELVAIN
*Attorney*