IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>　　　　　　　Movant,<br>　v.<br>GOOGLE, INC.,<br><br>　　　　　　　Respondent. | Case No. 5-06-mc-80006-JW<br><br>[PROPOSED] **AMENDED ORDER GRANTING LAW PROFESSORS' APPLICATION FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF**<br><br>Hearing Date: March 14, 2006<br>Time:　　　 9:00 a. m.<br>Courtroom:　 8<br>Judge　　　 Honorable James Ware |

　　The application of law professors Andrea M. Matwyshyn, Deirdre Mulligan, Susan Freiwald, and Patricia L. Bellia for leave to file a brief as *amici curiae* is granted.

Dated:　March 13, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JUDGE OF THE DISTRICT COURT

---

1

[PROPOSED] AMENDED ORDER GRANTING LAW PROFESSORS' APPLICATION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF
Case No. 5-06-mc-80006-JW

Dockets.Justia.com