**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**DATE:** 03/14/06

Case No. 06-80006   JUDGE: JAMES WARE

**ALBERTO R. GONZALES, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES -v- GOOGLE, INC.**
**Title**

| Attorneys Present | Present |

Deputy Clerk: MELISSA PERALTA        COURT REPORTER: IRENE RODRIGUEZ

**PROCEEDINGS**

**PLAINTIFF'S RULE 45 MOTION**

**EXPERT DISCLOSURE:**                **DISCOVERY CLOSE(ALL)**

**CASE CONTINUED TO:**                **for FINAL P/T Conference**

**CASE CONTINUED TO:**                **for Jury Trial**

**CASE CONTINUED TO:**                **PRELIMINARY PRETRIAL CONFERENCE**

**CASE CONTINUED TO:**                **for PRETRIAL MOTIONS**

**CASE CONTINUED TO:**                **DISMISSAL CALENDAR**

**ORDER AFTER HEARING**

**Hearing held. The matter is TAKEN UNDER SUBMISSION after oral argument of counsel. Court to issue a written ruling.**

**( X ) SUBMITTED        ( ) BRIEFS TO BE FILED**

**Briefing Schedule: Opening  Answer**

               **Reply  Deemed Submitted**

Dockets.Justia.com